**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:25-CV-24568-PCH**

RAFAEL HERNANDEZ, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SAZERAC COMPANY, INC.,

Defendant.

______________________________________/

**ORDER DENYING MOTION FOR RECONSIDERATION**

THIS CAUSE is before the Court on Defendant Sazerac Company, Inc.'s Motion for Reconsideration **[ECF No. 19]** (the "Motion") of the Court's Order denying Defendant's motion to dismiss [ECF No. 16]. Upon review, the Court denies the Motion.

"The only grounds for granting a motion for reconsideration are newly-discovered evidence or manifest errors of law or fact." *Smith v. Ocwen Fin.*, 488 F. App'x 426, 428 (11th Cir. 2012) (citing *Arthur v. King*, 500 F.3d 1335, 1343 (11th Cir. 2007)). "A motion for reconsideration should not simply rehash previously litigated issues," *United States v. Russo*, 2011 WL 3044844, at *1 (S.D. Fla. July 25, 2011), which is precisely what the Motion here does.[1] Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion is **DENIED**.

---

[1] With regard to *Puig*, the Court stands by its interpretation of Judge Steele's well-reasoned opinion: "In this regard, the Court agrees with Puig's cited case that analyzed the same bottles under the same regulations. *See McKay v. Sazerac Co., Inc.*, No. 23-CV-00522-EMC, 2023 WL 3549515 (N.D. Cal. May 17, 2023). The plaintiff there similarly asserted that it was the matching 'appearance that creates confusion between the whisky and malt bottles.'" *Puig v. Sazerac Co., Inc.*, 2024 WL 3046248, at *5 (M.D. Fla. June 18, 2024). After discussing the Treasury Department's Tobacco Tax and Trade Bureau regulations—on which Defendant relied on in this case—Judge Steele concluded that "Puig can argue that bottle similarities between the two different beverages is misleading but not that the brand name is misleading." *Id.*

DONE AND ORDERED in Miami, Florida, on March 27, 2026.

HONORABLE PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: All counsel of record