**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| RAFAEL HERNANDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAZERAC COMPANY, INC.,<br><br>Defendant. | Case No. 1:25-cv-24568-PCH<br><br>CLASS ACTION |

**DECLARATION OF CREIGHTON R. MAGID IN SUPPORT OF SAZERAC COMPANY, INC.'S RESPONSE TO MOTION TO MODIFY SCHEDULE ORDER AND CONTINUE TRIAL**

I, Creighton R. Magid, hereby declare as follows:

1. I am a partner in the law firm of Dorsey & Whitney LLP, and am one of the lawyers representing defendant Sazerac Company, Inc. in this matter.

2. On June 8, 2026, I emailed Chris Gold, counsel for Plaintiff Rafael Hernandez, and offered to explain and discuss Sazerac's objections to Plaintiff's document requests in this matter.

3. Mr. Gold accepted my offer. Along with my colleague, Katherine Canning, I spoke with Mr. Gold on June 11. I explained the bases for Sazerac's objections, answered Mr. Gold's questions, and discussed how best to proceed. Mr. Gold stated that he believed the scope of many requests could be narrowed and promised to send a letter outlining potential compromises and a path forward. He also said that he would draft a proposed protective order.

3. Mr. Gold did not send the promised letter or the promised draft protective order until 7:55 pm Eastern Time on July 14, 2026, when he sent the documents to me by email.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 17, 2026

CREIGHTON R. MAGID