**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

RAFAEL HERNANDEZ, individually and on behalf of all others similarly situated,

Case No. 1:25-cv-24568-PCH

Plaintiff,

**CLASS ACTION**

v.

SAZERAC COMPANY, INC.,

Defendant.
_______________________________________/

**NOTICE OF WITHDRAWAL OF MOTION FOR CLASS CERTIFICATION AND INTENT TO REFILE**

Plaintiff Rafael Hernandez, individually and on behalf of all others similarly situated, by and through undersigned counsel, respectfully files this Notice of Withdrawal of Motion for Class Certification and Intent to Refile, pursuant to the Court's Order granting in part Plaintiff's Motion to Modify Scheduling Order and to Continue Trial [ECF No. 32], and in support states as follows:

1. On July 14, 2026, Plaintiff moved to modify the scheduling order and continue the trial date, citing a personal family emergency of undersigned counsel and Defendant's incomplete discovery production [ECF No. 25] (the "Motion to Modify").

2. On July 17, 2026, while the Motion to Modify remained pending and before Defendant had completed its production of class discovery, Plaintiff filed his Motion for Class Certification and Incorporated Memorandum of Law [ECF No. 26] (the "Motion for Class Certification"), doing so solely in an abundance of caution to comply with the then-operative case-schedule deadline.

3. On July 23, 2026, the Court held a hearing on the Motion to Modify [ECF No. 31].

4. On July 24, 2026, the Court entered its Order granting the Motion to Modify in part, continuing the trial in this action to the two-week period commencing Monday, January 25, 2027, and directing that all pre-trial deadlines set forth in the Court's trial-setting Order [ECF No. 18] be calculated using that new trial date [ECF No. 32] (the "Scheduling Order").

5. Under the timetable set forth in the Court's trial-setting Order [ECF No. 18], as recalculated pursuant to the Scheduling Order, motions to certify a class must be filed no later than one hundred thirty (130) days prior to the commencement of the trial period, i.e., on or before September 17, 2026.

6. Pursuant to the Scheduling Order, Plaintiff hereby withdraws, without prejudice, the Motion for Class Certification [ECF No. 26].

7. Plaintiff intends to refile a motion for class certification in accordance with, and by the deadline established under, the Scheduling Order.

Plaintiff respectfully files this Notice to advise the Court and Defendant of the withdrawal of the Motion for Class Certification [ECF No. 26] and of Plaintiff's intent to refile, each as set forth above.

Dated: August 18, 2026

Respectfully submitted,

/s/ Christopher Gold
Christopher Gold, Esq.
Florida Bar No. 088733
**GOLD LAW, P.A.**
350 Lincoln Road, 2nd Floor
Miami Beach, FL 33139
Telephone: (305) 900-4653
Email: chris@chrisgoldlaw.com

*Counsel for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the date set forth above, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will serve a copy upon all counsel of record.

*/s/ Christopher Gold*
Christopher Gold, Esq.