**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| RAFAEL HERNANDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAZERAC COMPANY, INC.,<br><br>Defendant. | Case No. 1:25-cv-24568-PCH<br><br>CLASS ACTION |

**DECLARATION OF CREIGHTON R. MAGID IN SUPPORT OF SAZERAC COMPANY, INC.'S OPPOSITION TO PLAINTIFF'S CORRECTED RENEWED MOTION FOR CLASS CERTIFICATION AND INCORPORATED MEMORANDUM OF LAW**

I, Creighton R. Magid, hereby declare as follows:

1. I am a partner in the law firm of Dorsey & Whitney LLP, and am one of the lawyers representing defendant Sazerac Company, Inc. in this matter.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the transcript of the deposition of Plaintiff Rafael Hernandez taken in this matter on September 26, 2026.

3. Attached hereto as Exhibit B is a true and correct copy of Exhibit 7 to the deposition of Plaintiff Rafael Hernandez taken in this matter on September 26, 2026.

4. Attached hereto as Exhibit C is a true and correct copy of Plaintiff's Responses and Objections to Defendant's First Set of Interrogatories, served on September 21, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: October 1, 2026

CREIGHTON R. MAGID