# EXHIBIT B



**Sheehan & Associates, P.C.**
Sponsored ·

Recently purchase fireball cinnamon whiskey Fireball claims its cinnamon whiskey contains real whiskey. However recent investigations have shown that it's just a malt beverage. If you have recently purchased this product please signup below.




cases.spencersheehan.com
**Join The Investigation**
Purchase a product with misl...

Sign up

61 92 comments 38 shares

Like Comment Share

**Exhibit**
**7**
09/26/2026
Hernandez