# EXHIBIT B


FIREBALL®
RED
HOT
CINNAMON
1.7 FL. OZ. BOTTLED BY SAZERAC CO., NEW ALBANY, IN AND LEWISTON, ME
MALT BEVERAGE WITH NATURAL WHISKY
& OTHER FLAVORS AND CARAMEL COLOR