**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 1:25-cv-24568-HUCK/LOUIS**

RAFAEL HERNANDEZ, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

SAZERAC COMPANY, INC.,

Defendant.

CLASS ACTION

**DEFENDANT'S UNOPPOSED MOTION FOR HEARING**

Defendant, Sazerac Company, Inc., by and through undersigned counsel, respectfully requests pursuant to Local Rule 7.1(b)(2) that this Court schedule a one-hour hearing (30 minutes per side) on Plaintiff's Corrected Renewed Motion for Class Certification and Incorporated Memorandum of Law [DE 45] ("Class Certification Motion") as follows:

1. Defendant Sazerac Company, Inc. contends that a hearing on this matter will assist the Court in deciding the Class Certification Motion, including the importance of plaintiff's failure to proffer a reliable methodology for determining the value of Fireball Malt, and the resulting necessity of individual determinations of value.

2. Undersigned counsel for Defendant acknowledges that Local Rule 7.1(b)(2) provides that a request for hearing be made "within the … opposing memorandum in a separate section title 'request for hearing,'" but submits that good cause exists to consider and grant Defendant's request by this Motion.

3. The office of undersigned counsel was responsible for filing the opposing memorandum to the Class Certification Motion, which was filed on Thursday, October 1st, the day before that pleading was due. *See* ECF No. [48]. Undersigned counsel, Joanne M. O'Connor, Esq.,

was out of state unexpectedly at the end of last week due to a death in her immediate family and the request for hearing was inadvertently omitted from the opposing memorandum.

4. No prejudice results to Plaintiff from the request for hearing being filed in this Motion. Defendant filed its opposing memorandum one day before that pleading was due. This request is thus brought within one business day of the deadline for the response.

5. The undersigned estimates that the hearing will require one hour (30 minutes per side)

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

In accordance with S.D. Fla. L.R. 7.1(a)(2), the undersigned attorney certifies that she has conferred with counsel for Plaintiff, Christopher Gold, who does not object to the request for hearing subject to the hearing being one hour (30 minutes per side).

JONES FOSTER P.A.

*/s/ Joanne M. O'Connor*
Joanne M. O'Connor
Florida Bar No: 498807
505 South Flagler Drive, Suite 1100
West Palm Beach, FL 33401
(561) 659-3000
joconnor@jonesfoster.com

Creighton R. Magid (*admitted PHV*)
Katherine E. Canning (*pro hac vice forthcoming*)
DORSEY & WHITNEY LLP
1401 New York Avenue, N.W. Suite 900
Washington, D.C. 20005
(202) 442-3555
magid.chip@dorsey.com
canning.katherine@dorsey.com

*Attorneys for Defendant Sazerac Company, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: /s/Joanne M. O'Connor
Joanne M. O'Connor

**HERNANDEZ v SAZERAC**
**Case No. 1:25-cv-24568-HUCK/LOUIS**
**SERVICE LIST**

Christopher Gold, Esq.
GOLD LAW, PA
350 Lincoln Rd., 2nd Floor
Miami Beach, FL 33139
305-900-4653
chris@chrisgoldlaw.com
*Counsel for Plaintiff and the Proposed Class*

Garrett Berg, Esq.
GARRETT BERG LAW, P.A.
555 NE 15th St., PH A
Miami, FL 33132
garrett@gberglegal.com
*Counsel for Plaintiff and the Proposed Class*

Joanne M. O'Connor
JONES FOSTER P.A.
505 South Flagler Drive, Suite 1100
West Palm Beach, FL 33401
561-659-3000
joconnor@jonesfoster.com
*Attorneys for Defendant Sazerac Company, Inc.*

Creighton R. Magid (*admitted PHV*)
Katherine E. Canning (*pro hac vice forthcoming*)
DORSEY & WHITNEY LLP
1401 New York Avenue, N.W. Suite 900
Washington, D.C. 20005
202-442-3555
magid.chip@dorsey.com
canning.katherine@dorsey.com
*Attorneys for Defendant Sazerac Company, Inc.*