**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

RAFAEL HERNANDEZ, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SAZERAC COMPANY, INC.,

Defendant.
_______________________________________/

Case No. 1:25-cv-24568-PCH/LFL

**CLASS ACTION**

**SUPPLEMENTAL DECLARATION OF CHRISTOPHER GOLD IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF CORRECTED RENEWED MOTION FOR CLASS CERTIFICATION**

I, Christopher Gold, declare as follows:

1. I am an attorney licensed to practice law in the State of Florida and am counsel of record for Plaintiff Rafael Hernandez and the proposed Class in this action. The facts stated here are within my personal knowledge and, if called as a witness, I could and would testify competently to them.

2. I submit this declaration in support of Plaintiff's Reply in Support of His Corrected Renewed Motion for Class Certification. The exhibits below continue the numbering of Exhibits 1 through 19 to my declaration filed with Plaintiff's Corrected Renewed Motion for Class Certification, ECF No. 45.

3. Exhibit 20 is a true and correct copy of excerpts from the certified transcript of the deposition of Plaintiff Rafael Hernandez, taken by Defendant on September 26, 2026, and reported by Veritext. The excerpts consist of pages 1 through 3, 40 through 56, 69 through 84, 89 through 95, and 98 through 99 of the transcript. They include pages 84 and 89 through 91, which are not among the excerpts Defendant filed as Exhibit A to the Declaration of Creighton R. Magid, ECF No. 49-1. Because § 6.2(e) of the Stipulated Protective Order, ECF No. 34, requires the parties to treat the entire transcript as confidential until the period for designating it expires, Exhibit 20 is filed under seal, subject to Plaintiff's Motion for Leave to File Under Seal, and a slip sheet is filed on the public docket.

4. Exhibit 21 is a true and correct copy of the Declaration of Rafael Hernandez, executed on October 8, 2026. The passages of that declaration that restate or explain his deposition testimony are redacted from the public copy, and the unredacted copy is filed under seal, subject to Plaintiff's Motion for Leave to File Under Seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 8, 2026, at Miami Beach, Florida.

*/s/ Christopher Gold*
Christopher Gold, Esq.

# EXHIBIT 20

Excerpts of the Deposition of Plaintiff Rafael Hernandez

Taken September 26, 2026

## FILED UNDER SEAL

Subject to Plaintiff's Motion for Leave to File Under Seal, filed October 8, 2026,

and Local Rule 5.4(b)(1)

# EXHIBIT

# 21

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

RAFAEL HERNANDEZ, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SAZERAC COMPANY, INC.,

Defendant.
_______________________________________/

Case No. 1:25-cv-24568-PCH

**CLASS ACTION**

**DECLARATION OF RAFAEL HERNANDEZ IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF CORRECTED RENEWED MOTION FOR CLASS CERTIFICATION**

I, Rafael Hernandez, declare as follows:

1. I am the Plaintiff in this action and a proposed representative of the Class. I am over eighteen years of age. The facts stated here are within my personal knowledge and, if called as a witness, I could and would testify competently to them.

2. English is my second language. I read and understand English, and I read this declaration carefully before signing it.

3. I gave a deposition in this case on September 26, 2026. I have reviewed my testimony. Nothing in this declaration changes it.

4. When I bought the small 50 mL bottles of Fireball at gas stations, I intended to buy Fireball Cinnamon Whisky—the same whisky I had bought in larger bottles at liquor stores. To me, the small bottle was the same product in a smaller size.

5. Before this lawsuit, I did not know that the Fireball brand also sold a malt beverage. If I had known that the small bottles were a malt beverage and not whisky, I would not have bought them.

6. When I testified that buying the small bottles was "convenient," I meant that I could buy them at the gas stations where I already stopped for fuel and snacks during my workday, instead of making a separate trip to a liquor store. I did not choose a different product because it was convenient. I thought I was buying the same Fireball.

7. When I testified that I wanted to "control myself," I meant that I bought only one or two small bottles at a time instead of keeping a large bottle in my vehicle. I was not looking for a drink with less alcohol. When I bought the small bottles, I did not know they contained less alcohol than Fireball Cinnamon Whisky.

8. After I learned that the small bottles were not the whisky, I stopped buying Fireball products. I do not want to buy a product that is presented as one thing when it is another.

9. I understand that, as a class representative, I represent everyone who bought Fireball Malt in Florida during the class period, not only myself, and that I must act in their interests. I have answered written interrogatories under oath, responded to requests for documents, and sat for a deposition.

10. I will continue to stay informed about this case, consult with my lawyers, respond to discovery, and testify at trial if needed.

11. I am not aware of any conflict between my interests and the interests of other people who bought Fireball Malt in Florida. I am seeking the same relief for myself that I am seeking for every other class member. No one has promised me any payment or benefit for serving as class representative, and I understand that any service award is for the Court to decide.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 8, 2026, at Miami, Florida.

Rafael Hernandez

Rafael Hernandez

# CERTIFICATE *of* SIGNATURE

REF. NUMBER
RSXZD-MWZVF-VNPCN-XKZBS

DOCUMENT COMPLETED BY ALL PARTIES ON
08 OCT 2026 22:17:34 UTC

| SIGNER | TIMESTAMP | SIGNATURE |
| --- | --- | --- |
| **RAFAEL HERNANDEZ**<br>EMAIL<br>RAFAELHER1975@GMAIL.COM<br>SHARED VIA<br>LINK | SENT<br>08 OCT 2026 22:09:37<br>VIEWED<br>08 OCT 2026 22:11:05<br>SIGNED<br>08 OCT 2026 22:17:34 | Rafael Hernandez<br>IP ADDRESS<br>144.160.240.81<br>LOCATION<br>ATLANTA, UNITED STATES |