**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

RAFAEL HERNANDEZ, individually and on behalf of all others similarly situated,

Plaintiff,

Case No. 1:25-cv-24568-PCH/LFL

**CLASS ACTION**

v.

SAZERAC COMPANY, INC.,

Defendant.
_________________________________/

**NOTICE OF ZOOM HEARING**

Please take notice that Plaintiff's Corrected Renewed Motion for Class Certification **[ECF No. 45]** is scheduled for a hearing on **Monday, October 19, 2026, at 11:30 AM**, before the Honorable Paul C. Huck in the Miami Division. The hearing will be conducted via Zoom video conference and the parties will receive an email from chambers with the Zoom login information prior to the hearing.

**DONE AND ORDERED** in Miami, Florida, on October 13, 2026.

PAUL HUCK
UNITED STATES DISTRICT JUDGE

cc: All counsel of record