**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:25-cv-24568-PCH/LFL

**CLASS ACTION**

RAFAEL HERNANDEZ, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SAZERAC COMPANY, INC.,

Defendant.
_______________________________________/

**ORDER GRANTING JOINT MOTION**
**AND SCHEDULING MEDIATION**

THIS CAUSE came before the Court on the Parties' Joint Notice of Selection of Mediator and Joint Motion for Leave to Conduct Mediation on December 15, 2026 (the "Motion") **[ECF No. 67]**. The Court has reviewed the Motion and the record and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**, as follows:

1. The mediation conference in this matter shall be held with mediator Glenn J. Waldman, Esq., on December 15, 2026, at 10:00 a.m., by Zoom videoconference, using the link the mediator provides to counsel.

2. The deadline to complete mediation under paragraph 12 of the Order Setting Civil Jury Trial Date and Pretrial Schedule [ECF No. 18] is extended to December 15, 2026. All other deadlines remain in effect.

3. The Parties shall report the results of mediation within forty-eight (48) hours of completing mediation and shall comply with Local Rule 16.2.

**DONE AND ORDERED** in Chambers in Miami, Florida on October 23, 2026.

_______________________________
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record
Magistrate Judge Lauren F. Louis