**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

RAFAEL HERNANDEZ, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SAZERAC COMPANY, INC.,

Defendant.
_________________________________/

Case No. 1:25-cv-24568-PCH/LFL

**CLASS ACTION**

**ORDER**

**THIS CAUSE** is before the Court upon Defendant's Unopposed Motion for Hearing on the Corrected Renewed Motion for Class Certification, filed October 6, 2026 **[ECF No. 53]**. On October 19, 2026, the Court held a hearing on the Corrected Renewed Motion for Class Certification. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **DENIED AS MOOT**.

**DONE and ORDERED** in Chambers, Miami, Florida, on October 23, 2026.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record