# EXHIBIT A

GOLD LAW

**Christopher Gold <chris@chrisgoldlaw.com>**

---

## Hernandez v. Sazerac

9 messages

---

**Magid.Chip@dorsey.com** <Magid.Chip@dorsey.com> Fri, Nov 6, 2026 at 9:52 AM
To: chris@chrisgoldlaw.com
Cc: spencer@spencersheehan.com

Good morning, Chris.

I spoke with Spencer. Spencer is available for deposition next Wednesday at 3:00 ET. Please confirm that this works for you so that I may send out the notice and arrange for a reporter. It will be virtual and will not take long.

Best regards,

Chip

**Creighton R. Magid**

**Partner-in-Charge, Washington**

DORSEY
DORSEY • WHITNEY LLP

DORSEY & WHITNEY LLP
1401 New York Avenue NW, Suite 900 | Washington, DC 20005

**P:** 202.442.3555 **F:** 202.442.3199 **C:** 202.306.5725

WWW.DORSEY.COM :: WASHINGTON, DC :: BIO :: V-CARD

**CONFIDENTIAL COMMUNICATION**
*E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.*

---

**Christopher Gold, Esq.** <chris@chrisgoldlaw.com> Fri, Nov 6, 2026 at 10:36 AM
To: Magid.Chip@dorsey.com
Cc: spencer@spencersheehan.com, hernandezvsazeraccompanyincz16066042@chrisgoldlaw.filevineapp.com

Chip,

As I said, I can't see any line of questioning for Mr. Sheehan that bears on this case other than his communications with Mr. Hernandez. Those communications are privileged, and Mr. Hernandez does not waive the privilege.

Please confirm in writing by the end of the day today that you will not ask Mr. Sheehan about any communications between him and Mr. Hernandez, and tell me which non-privileged topics you plan to cover. If you won't, we will move for a protective order under Rule 26(c) before the deposition and ask for our fees. If the deposition goes forward and privileged questions are asked, we will assert the privilege, the witness will not answer, and we will raise it with the Court.

Best,



**Christopher Gold**, Esq.

ATTORNEY · GOLD LAW, P.A.

TEL 305.900.GOLD (4653)

EMAIL chris@chrisgoldlaw.com

WEB www.chrisgoldlaw.com

OFFICE 350 Lincoln Rd, 2nd Floor
Miami Beach, FL 33139

★★★★★ **80+ Five-Star Google Reviews**

RECOGNIZED BY

**Super Lawyers®** RISING STARS · 2021

**Top 40 Under 40** NATIONAL TRIAL LAWYERS

**Marquis Who's Who** HONORED LISTEE · 2024

*This email and any attachments are confidential and may be privileged. If you are not the intended recipient, please delete and notify the sender.*

On Fri, Nov 6, 2026 at 9:52 AM <Magid.Chip@dorsey.com> wrote:

> Good morning, Chris.
>
> I spoke with Spencer. Spencer is available for deposition next Wednesday at 3:00 ET. Please confirm that this works for you so that I may send out the notice and arrange for a reporter. It will be virtual and will not take long.
>
> Best regards,
>
> Chip

**Creighton R. Magid**

**Partner-in-Charge, Washington**

DORSEY
DORSEY • WHITNEY LLP

DORSEY & WHITNEY LLP
1401 New York Avenue NW, Suite 900 | Washington, DC 20005

**P:** 202.442.3555 **F:** 202.442.3199 **C:** 202.306.5725

WWW.DORSEY.COM :: WASHINGTON, DC :: BIO :: V-CARD

**CONFIDENTIAL COMMUNICATION**
*E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.*

---

**Magid.Chip@dorsey.com** <Magid.Chip@dorsey.com> Fri, Nov 6, 2026 at 11:31 AM
To: chris@chrisgoldlaw.com
Cc: spencer@spencersheehan.com, hernandezvsazeraccompanyincz16066042@chrisgoldlaw.filevineapp.com

Chris,

Mr. Hernandez testified that he responded to a social media post. In response to our subpoena, Spencer provided a declaration stating that this was not the case; Spencer called Mr. Hernandez. I am entitled to ask about this. It is not privileged in any way. I do not have any intention of inquiring into privileged matters. I will schedule the deposition for next Wednesday.

Please also confirm the time of Dr. Reibstein's deposition.

Best regards,

Chip

**Creighton R. Magid**

**Partner-in-Charge, Washington**

DORSEY
DORSEY • WHITNEY LLP

DORSEY & WHITNEY LLP
1401 New York Avenue NW, Suite 900 | Washington, DC 20005

**P:** 202.442.3555 **F:** 202.442.3199 **C:** 202.306.5725

WWW.DORSEY.COM :: WASHINGTON, DC :: BIO :: V-CARD

**CONFIDENTIAL COMMUNICATION**
*E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.*

---

**From:** Christopher Gold, Esq. <chris@chrisgoldlaw.com>
**Sent:** Friday, November 6, 2026 10:36 AM
**To:** Magid, Chip <Magid.Chip@dorsey.com>
**Cc:** spencer@spencersheehan.com; hernandezvsazeraccompanyincz16066042@chrisgoldlaw.filevineapp.com
**Subject:** Re: Hernandez v. Sazerac

# EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Chip,

As I said, I can't see any line of questioning for Mr. Sheehan that bears on this case other than his communications with Mr. Hernandez. Those communications are privileged, and Mr. Hernandez does not waive the privilege.

Please confirm in writing by the end of the day today that you will not ask Mr. Sheehan about any communications between him and Mr. Hernandez, and tell me which non-privileged topics you plan to cover. If you won't, we will move for a protective order under Rule 26(c) before the deposition and ask for our fees. If the deposition goes forward and privileged questions are asked, we will assert the privilege, the witness will not answer, and we will raise it with the Court.

Best,




**Christopher Gold**, Esq.

ATTORNEY · GOLD LAW, P.A.

TEL 305.900.GOLD (4653)

EMAIL chris@chrisgoldlaw.com

WEB www.chrisgoldlaw.com

OFFICE 350 Lincoln Rd, 2nd Floor
Miami Beach, FL 33139



★★★★★ **80+ Five-Star Google Reviews**

RECOGNIZED BY

**Super Lawyers®** RISING STARS · 2021

**Top 40 Under 40** NATIONAL TRIAL LAWYERS

**Marquis Who's Who** HONORED LISTEE · 2024

*This email and any attachments are confidential and may be privileged. If you are not the intended recipient, please delete and notify the sender.*


On Fri, Nov 6, 2026 at 9:52 AM <Magid.Chip@dorsey.com> wrote:

> Good morning, Chris.
>
> I spoke with Spencer. Spencer is available for deposition next Wednesday at 3:00 ET. Please confirm that this works for you so that I may send out the notice and arrange for a reporter. It will be virtual and will not take long.
>
> Best regards,

Chip

**Creighton R. Magid**

**Partner-in-Charge, Washington**

DORSEY
DORSEY & WHITNEY LLP

DORSEY & WHITNEY LLP
1401 New York Avenue NW, Suite 900 | Washington, DC 20005

**P:** 202.442.3555 **F:** 202.442.3199 **C:** 202.306.5725

WWW.DORSEY.COM :: WASHINGTON, DC :: BIO :: V-CARD

**CONFIDENTIAL COMMUNICATION**
*E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.*

---

**Magid.Chip@dorsey.com** <Magid.Chip@dorsey.com> Fri, Nov 6, 2026 at 11:35 AM
To: chris@chrisgoldlaw.com
Cc: spencer@spencersheehan.com, hernandezvsazeraccompanyincz16066042@chrisgoldlaw.filevineapp.com

Chris,

If you believe that the privilege is implicated, please provide an explanation, as well as citations to relevant case authority.
Thank you.

Best regards,

Chip

**Creighton R. Magid**

**Partner-in-Charge, Washington**

DORSEY
DORSEY & WHITNEY LLP

DORSEY & WHITNEY LLP
1401 New York Avenue NW, Suite 900 | Washington, DC 20005

**P:** 202.442.3555 **F:** 202.442.3199 **C:** 202.306.5725

WWW.DORSEY.COM :: WASHINGTON, DC :: BIO :: V-CARD

**CONFIDENTIAL COMMUNICATION**
*E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.*

---

**From:** Christopher Gold, Esq. <chris@chrisgoldlaw.com>
**Sent:** Friday, November 6, 2026 10:36 AM
**To:** Magid, Chip <Magid.Chip@dorsey.com>
**Cc:** spencer@spencersheehan.com; hernandezvsazeraccompanyincz16066042@chrisgoldlaw.filevineapp.com
**Subject:** Re: Hernandez v. Sazerac

# EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Chip,

As I said, I can't see any line of questioning for Mr. Sheehan that bears on this case other than his communications with Mr. Hernandez. Those communications are privileged, and Mr. Hernandez does not waive the privilege.

Please confirm in writing by the end of the day today that you will not ask Mr. Sheehan about any communications between him and Mr. Hernandez, and tell me which non-privileged topics you plan to cover. If you won't, we will move for a protective order under Rule 26(c) before the deposition and ask for our fees. If the deposition goes forward and privileged questions are asked, we will assert the privilege, the witness will not answer, and we will raise it with the Court.

Best,




# **Christopher Gold**, Esq.

**ATTORNEY · GOLD LAW, P.A.**

TEL 305.900.GOLD (4653)

EMAIL chris@chrisgoldlaw.com

WEB www.chrisgoldlaw.com

OFFICE 350 Lincoln Rd, 2nd Floor
Miami Beach, FL 33139


★★★★★ **80+ Five-Star Google Reviews**

| RECOGNIZED BY | **Super Lawyers®** | **Top 40 Under 40** | **Marquis Who's Who** |
|---|---|---|---|
| | RISING STARS · 2021 | NATIONAL TRIAL LAWYERS | HONORED LISTEE · 2024 |

*This email and any attachments are confidential and may be privileged. If you are not the intended recipient, please delete and notify the sender.*

On Fri, Nov 6, 2026 at 9:52 AM <Magid.Chip@dorsey.com> wrote:

> Good morning, Chris.
>
> I spoke with Spencer.  Spencer is available for deposition next Wednesday at 3:00 ET.  Please confirm that this works for you so that I may send out the notice and arrange for a reporter.  It will be virtual and will not take long.
>
> Best regards,

Chip

**Creighton R. Magid**

**Partner-in-Charge, Washington**

DORSEY
DORSEY • WHITNEY LLP

DORSEY & WHITNEY LLP
1401 New York Avenue NW, Suite 900 I Washington, DC 20005

**P:** 202.442.3555 **F:** 202.442.3199 **C:** 202.306.5725

WWW.DORSEY.COM :: WASHINGTON, DC :: BIO :: V-CARD

**CONFIDENTIAL COMMUNICATION**
*E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.*

---

**Christopher Gold, Esq.** <chris@chrisgoldlaw.com> Fri, Nov 6, 2026 at 12:13 PM
To: Magid.Chip@dorsey.com
Cc: spencer@spencersheehan.com, hernandezvsazeraccompanyincz16066042@chrisgoldlaw.filevineapp.com

Your position that a call between a lawyer and potential client seeking consultation regarding a potential legal claim "is not privileged in any way" is concerning.

That is a quintessential privileged communication, and you are not entitled to ask about the contents of that communication.

I will reiterate my request to advise me by the end of the day whether I will have to file a motion for protective order.

Thanks,



GOLD LAW

**Christopher Gold**, Esq.

ATTORNEY · GOLD LAW, P.A.

TEL 305.900.GOLD (4653)
EMAIL chris@chrisgoldlaw.com
WEB www.chrisgoldlaw.com
OFFICE 350 Lincoln Rd, 2nd Floor
Miami Beach, FL 33139

★★★★★ **80+ Five-Star Google Reviews**

RECOGNIZED BY

**Super Lawyers®**
RISING STARS · 2021

**Top 40 Under 40**
NATIONAL TRIAL LAWYERS

**Marquis Who's Who**
HONORED LISTEE · 2024

*This email and any attachments are confidential and may be privileged. If you are not the intended recipient, please delete and notify the sender.*

On Fri, Nov 6, 2026 at 11:32 AM <Magid.Chip@dorsey.com> wrote:

> Chris,
>
> Mr. Hernandez testified that he responded to a social media post. In response to our subpoena, Spencer provided a declaration stating that this was not the case; Spencer called Mr. Hernandez. I am entitled to ask about this. It is not privileged in any way. I do not have any intention of inquiring into privileged matters. I will schedule the deposition for next Wednesday.
>
> Please also confirm the time of Dr. Reibstein's deposition.
>
> Best regards,
>
> Chip
>
> **Creighton R. Magid**
>
> **Partner-in-Charge, Washington**
>
> DORSEY
> DORSEY • WHITNEY LLP

DORSEY & WHITNEY LLP
1401 New York Avenue NW, Suite 900 | Washington, DC 20005

**P:** 202.442.3555 **F:** 202.442.3199 **C:** 202.306.5725

WWW.DORSEY.COM :: WASHINGTON, DC :: BIO :: V-CARD

**CONFIDENTIAL COMMUNICATION**
*E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.*

---

**From:** Christopher Gold, Esq. <chris@chrisgoldlaw.com>
**Sent:** Friday, November 6, 2026 10:36 AM
**To:** Magid, Chip <Magid.Chip@dorsey.com>
**Cc:** spencer@spencersheehan.com; hernandezvsazeraccompanyincz16066042@chrisgoldlaw.filevineapp.com
**Subject:** Re: Hernandez v. Sazerac

# EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Chip,

As I said, I can't see any line of questioning for Mr. Sheehan that bears on this case other than his communications with Mr. Hernandez. Those communications are privileged, and Mr. Hernandez does not waive the privilege.

Please confirm in writing by the end of the day today that you will not ask Mr. Sheehan about any communications between him and Mr. Hernandez, and tell me which non-privileged topics you plan to cover. If you won't, we will move for a protective order under Rule 26(c) before the deposition and ask for our fees. If the deposition goes forward and privileged questions are asked, we will assert the privilege, the witness will not answer, and we will raise it with the Court.

Best,



GOLD LAW

**Christopher Gold**, Esq.

ATTORNEY · GOLD LAW, P.A.

TEL 305.900.GOLD (4653)

EMAIL chris@chrisgoldlaw.com

WEB www.chrisgoldlaw.com

OFFICE 350 Lincoln Rd, 2nd Floor
Miami Beach, FL 33139

★★★★★ **80+ Five-Star Google Reviews**

RECOGNIZED BY

**Super Lawyers®**
RISING STARS · 2021

**Top 40 Under 40**
NATIONAL TRIAL LAWYERS

**Marquis Who's Who**
HONORED LISTEE · 2024

*This email and any attachments are confidential and may be privileged. If you are not the intended recipient, please delete and notify the sender.*

On Fri, Nov 6, 2026 at 9:52 AM <Magid.Chip@dorsey.com> wrote:

Good morning, Chris.

I spoke with Spencer. Spencer is available for deposition next Wednesday at 3:00 ET. Please confirm that this works for you so that I may send out the notice and arrange for a reporter. It will be virtual and will not take long.

Best regards,

Chip

**Creighton R. Magid**

**Partner-in-Charge, Washington**

DORSEY
DORSEY • WHITNEY LLP

DORSEY & WHITNEY LLP
1401 New York Avenue NW, Suite 900 | Washington, DC 20005

**P:** 202.442.3555 **F:** 202.442.3199 **C:** 202.306.5725

WWW.DORSEY.COM :: WASHINGTON, DC :: BIO :: V-CARD

**CONFIDENTIAL COMMUNICATION**
*E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.*

---

**Magid.Chip@dorsey.com** <Magid.Chip@dorsey.com> Fri, Nov 6, 2026 at 12:45 PM
To: chris@chrisgoldlaw.com
Cc: spencer@spencersheehan.com, hernandezvsazeraccompanyincz16066042@chrisgoldlaw.filevineapp.com, joconnor@jonesfoster.com, Canning.Katherine@dorsey.com

Chris,

The call wasn't privileged. First, for the call to be privileged, it would have to have been between a Florida-licensed lawyer and a client. *See* Fla. Stat. § 90.502(1)(a). Mr. Hernandez knew, from prior experience, that Mr. Sheehan was not licensed to practice law in Florida. Moreover, in his declaration, Mr. Sheehan makes clear that he did not have a lawyer-client relationship with respect to the call at issue. *See* Decl. ¶ 8 ("I am not representing Plaintiff in this Action."). Next, Mr. Hernandez was not a "client." Fla. Stat. § 90.502(1)(b) defines a "client" as one "who consults a lawyer with the purpose of obtaining legal services or who is rendered legal services by a lawyer." Mr. Sheehan in his declaration makes clear that Mr. Hernandez did not call him to seek legal advice, but rather than Mr. Sheehan called Mr. Hernandez to inquire about Mr. Hernandez's interest in serving as a plaintiff in a case in Florida (where Mr. Sheehan was not licensed), not to provide legal advice. Third, for the privilege to apply, the communication must have been confidential. The fact of the communication is disclosed in Mr. Sheehan's declaration, so it is hardly confidential.

Far from being a “quintessential privileged communication,” the call was a non-privileged solicitation. I’m not saying that the solicitation was improper, only that it is not privileged.

Chip

---

**From:** Christopher Gold, Esq. <chris@chrisgoldlaw.com>
**Sent:** Friday, November 6, 2026 12:13 PM
**To:** Magid, Chip <Magid.Chip@dorsey.com>
**Cc:** spencer@spencersheehan.com; hernandezvsazeraccompanyincz16066042@chrisgoldlaw.filevineapp.com
**Subject:** Re: Hernandez v. Sazerac

# EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Your position that a call between a lawyer and potential client seeking consultation regarding a potential legal claim "is not privileged in any way" is concerning.

That is a quintessential privileged communication, and you are not entitled to ask about the contents of that communication.

I will reiterate my request to advise me by the end of the day whether I will have to file a motion for protective order.

Thanks,



**Christopher Gold**, Esq.

ATTORNEY · GOLD LAW, P.A.

TEL 305.900.GOLD (4653)

EMAIL chris@chrisgoldlaw.com

WEB www.chrisgoldlaw.com

OFFICE 350 Lincoln Rd, 2nd Floor
Miami Beach, FL 33139

★★★★★ **80+ Five-Star Google Reviews**

RECOGNIZED BY

**Super Lawyers®**
RISING STARS · 2021

**Top 40 Under 40**
NATIONAL TRIAL LAWYERS

**Marquis Who's Who**
HONORED LISTEE · 2024

*This email and any attachments are confidential and may be privileged. If you are not the intended recipient, please delete and notify the sender.*

On Fri, Nov 6, 2026 at 11:32 AM <Magid.Chip@dorsey.com> wrote:

Chris,

Mr. Hernandez testified that he responded to a social media post. In response to our subpoena, Spencer provided a declaration stating that this was not the case; Spencer called Mr. Hernandez. I am entitled to ask about this. It is not privileged in any way. I do not have any intention of inquiring into privileged matters. I will schedule the deposition for next Wednesday.

Please also confirm the time of Dr. Reibstein's deposition.

Best regards,

Chip

**Creighton R. Magid**

**Partner-in-Charge, Washington**

DORSEY
DORSEY • WHITNEY LLP

DORSEY & WHITNEY LLP
1401 New York Avenue NW, Suite 900 | Washington, DC 20005

**P:** 202.442.3555 **F:** 202.442.3199 **C:** 202.306.5725

WWW.DORSEY.COM :: WASHINGTON, DC :: BIO :: V-CARD

**CONFIDENTIAL COMMUNICATION**
*E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.*

---

**From:** Christopher Gold, Esq. <chris@chrisgoldlaw.com>
**Sent:** Friday, November 6, 2026 10:36 AM
**To:** Magid, Chip <Magid.Chip@dorsey.com>
**Cc:** spencer@spencersheehan.com; hernandezvsazeraccompanyincz16066042@chrisgoldlaw.filevineapp.com
**Subject:** Re: Hernandez v. Sazerac

# EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Chip,

As I said, I can't see any line of questioning for Mr. Sheehan that bears on this case other than his communications with Mr. Hernandez. Those communications are privileged, and Mr. Hernandez does not waive the privilege.

Please confirm in writing by the end of the day today that you will not ask Mr. Sheehan about any communications between him and Mr. Hernandez, and tell me which non-privileged topics you plan to cover. If you won't, we will move for a protective order under Rule 26(c) before the deposition and ask for our fees. If the deposition goes forward and privileged questions are asked, we will assert the privilege, the witness will not answer, and we will raise it with the Court.

Best,



GOLD LAW

**Christopher Gold**, Esq.

ATTORNEY · GOLD LAW, P.A.

TEL 305.900.GOLD (4653)

EMAIL chris@chrisgoldlaw.com

WEB www.chrisgoldlaw.com

OFFICE 350 Lincoln Rd, 2nd Floor
Miami Beach, FL 33139

★★★★★ **80+ Five-Star Google Reviews**

RECOGNIZED BY

**Super Lawyers®**
RISING STARS · 2021

**Top 40 Under 40**
NATIONAL TRIAL LAWYERS

**Marquis Who's Who**
HONORED LISTEE · 2024

*This email and any attachments are confidential and may be privileged. If you are not the intended recipient, please delete and notify the sender.*

On Fri, Nov 6, 2026 at 9:52 AM <Magid.Chip@dorsey.com> wrote:

> Good morning, Chris.
>
> I spoke with Spencer. Spencer is available for deposition next Wednesday at 3:00 ET. Please confirm that this works for you so that I may send out the notice and arrange for a reporter. It will be virtual and will not take long.
>
> Best regards,

Chip

**Creighton R. Magid**

**Partner-in-Charge, Washington**

DORSEY & WHITNEY LLP
1401 New York Avenue NW, Suite 900 I Washington, DC 20005

**P:** 202.442.3555 **F:** 202.442.3199 **C:** 202.306.5725

WWW.DORSEY.COM :: WASHINGTON, DC :: BIO :: V-CARD

**CONFIDENTIAL COMMUNICATION**
*E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.*

---

**Christopher Gold, Esq.** <chris@chrisgoldlaw.com> Fri, Nov 6, 2026 at 12:57 PM
To: Magid.Chip@dorsey.com
Cc: spencer@spencersheehan.com, hernandezvsazeraccompanyincz16066042@chrisgoldlaw.filevineapp.com, joconnor@jonesfoster.com, Canning.Katherine@dorsey.com

Chip,

Nothing in § 90.502 limits the privilege to Florida-licensed lawyers. It says the opposite. A “lawyer” is anyone “authorized . . . to practice law in any state or nation.” Fla. Stat. § 90.502(1)(a). Mr. Sheehan qualifies. And if your reading were right, it would reach your own communications with your client too, since you’re not licensed in Florida either.

Whether Mr. Sheehan represents the plaintiff in this action doesn’t matter either. A “client” includes anyone who “consults a lawyer with the purpose of obtaining legal services.” § 90.502(1)(b). A person talking to a lawyer about serving as a class representative is doing exactly that.

The communication was confidential, and the declaration did not disclose its contents. Even if it had, the privilege belongs to the client. § 90.502(3)(a). Only the holder can waive it. § 90.507. Mr. Sheehan can’t waive it for him.

I don’t think more back-and-forth on this will help. Please let me know whether you intend to go forward with this line of questioning, and if so I’ll file my motion.

Thanks,



GOLD LAW


# **Christopher Gold**, Esq.

**ATTORNEY · GOLD LAW, P.A.**

TEL 305.900.GOLD (4653)

EMAIL chris@chrisgoldlaw.com

WEB www.chrisgoldlaw.com

OFFICE 350 Lincoln Rd, 2nd Floor
Miami Beach, FL 33139


★★★★★ **80+ Five-Star Google Reviews**

**RECOGNIZED BY**

**Super Lawyers®** RISING STARS · 2021

**Top 40 Under 40** NATIONAL TRIAL LAWYERS

**Marquis Who's Who** HONORED LISTEE · 2024

*This email and any attachments are confidential and may be privileged. If you are not the intended recipient, please delete and notify the sender.*

On Fri, Nov 6, 2026 at 12:45 PM <Magid.Chip@dorsey.com> wrote:

> Chris,
>
> The call wasn't privileged. First, for the call to be privileged, it would have to have been between a Florida-licensed lawyer and a client. *See* Fla. Stat. § 90.502(1)(a). Mr. Hernandez knew, from prior experience, that Mr. Sheehan was not licensed to practice law in Florida. Moreover, in his declaration, Mr. Sheehan makes clear that he did not have a lawyer-client relationship with respect to the call at issue. *See* Decl. ¶ 8 ("I am not representing Plaintiff in this Action."). Next, Mr. Hernandez was not a "client." Fla. Stat. § 90.502(1)(b) defines a "client" as one "who consults a lawyer with the purpose of obtaining legal services or who is rendered legal services by a lawyer." Mr. Sheehan in his declaration makes clear that Mr. Hernandez did not call him to seek legal advice, but rather than Mr. Sheehan called Mr. Hernandez to inquire about Mr. Hernandez's interest in serving as a plaintiff in a case in Florida (where Mr. Sheehan was not licensed), not to provide legal advice. Third, for the privilege to apply, the communication must have been confidential. The fact of the communication is disclosed in Mr. Sheehan's declaration, so it is hardly confidential.
>
> Far from being a "quintessential privileged communication," the call was a non-privileged solicitation. I'm not saying that the solicitation was improper, only that it is not privileged.
>
> Chip

**From:** Christopher Gold, Esq. <chris@chrisgoldlaw.com>
**Sent:** Friday, November 6, 2026 12:13 PM
**To:** Magid, Chip <Magid.Chip@dorsey.com>
**Cc:** spencer@spencersheehan.com; hernandezvsazeraccompanyincz16066042@chrisgoldlaw.filevineapp.com
**Subject:** Re: Hernandez v. Sazerac

**EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.**

Your position that a call between a lawyer and potential client seeking consultation regarding a potential legal claim "is not privileged in any way" is concerning.

That is a quintessential privileged communication, and you are not entitled to ask about the contents of that communication.

I will reiterate my request to advise me by the end of the day whether I will have to file a motion for protective order.

Thanks,



GOLD LAW

**Christopher Gold**, Esq.

ATTORNEY · GOLD LAW, P.A.

TEL 305.900.GOLD (4653)

EMAIL chris@chrisgoldlaw.com

WEB www.chrisgoldlaw.com

OFFICE 350 Lincoln Rd, 2nd Floor
Miami Beach, FL 33139

★★★★★ **80+ Five-Star Google Reviews**

| | | | |
|---|---|---|---|
| RECOGNIZED BY | **Super Lawyers®** RISING STARS · 2021 | **Top 40 Under 40** NATIONAL TRIAL LAWYERS | **Marquis Who's Who** HONORED LISTEE · 2024 |

*This email and any attachments are confidential and may be privileged. If you are not the intended recipient, please delete and notify the sender.*

On Fri, Nov 6, 2026 at 11:32 AM <Magid.Chip@dorsey.com> wrote:

Chris,

Mr. Hernandez testified that he responded to a social media post. In response to our subpoena, Spencer provided a declaration stating that this was not the case; Spencer called Mr. Hernandez. I am entitled to ask about this. It is not privileged in any way. I do not have any intention of inquiring into privileged matters. I will schedule the deposition for next Wednesday.

Please also confirm the time of Dr. Reibstein's deposition.

Best regards,

Chip

**Creighton R. Magid**

**Partner-in-Charge, Washington**

DORSEY
DORSEY • WHITNEY LLP

DORSEY & WHITNEY LLP
1401 New York Avenue NW, Suite 900 | Washington, DC 20005

**P:** 202.442.3555 **F:** 202.442.3199 **C:** 202.306.5725

WWW.DORSEY.COM :: WASHINGTON, DC :: BIO :: V-CARD

**CONFIDENTIAL COMMUNICATION**
*E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.*

---

**From:** Christopher Gold, Esq. <chris@chrisgoldlaw.com>
**Sent:** Friday, November 6, 2026 10:36 AM
**To:** Magid, Chip <Magid.Chip@dorsey.com>
**Cc:** spencer@spencersheehan.com; hernandezvsazeraccompanyincz16066042@chrisgoldlaw.filevineapp.com
**Subject:** Re: Hernandez v. Sazerac

# EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Chip,

As I said, I can't see any line of questioning for Mr. Sheehan that bears on this case other than his communications with Mr. Hernandez. Those communications are privileged, and Mr. Hernandez does not waive the privilege.

Please confirm in writing by the end of the day today that you will not ask Mr. Sheehan about any communications between him and Mr. Hernandez, and tell me which non-privileged topics you plan to cover. If you won't, we will move for a protective order under Rule 26(c) before the deposition and ask for our fees. If the deposition goes forward and privileged questions are asked, we will assert the privilege, the witness will not answer, and we will raise it with the Court.

Best,



GOLD LAW

**Christopher Gold**, Esq.

ATTORNEY · GOLD LAW, P.A.

TEL 305.900.GOLD (4653)

EMAIL chris@chrisgoldlaw.com

WEB www.chrisgoldlaw.com

OFFICE 350 Lincoln Rd, 2nd Floor Miami Beach, FL 33139

★★★★★ **80+ Five-Star Google Reviews**

| RECOGNIZED BY | **Super Lawyers®** | **Top 40 Under 40** | **Marquis Who's Who** |
|---|---|---|---|
| | RISING STARS · 2021 | NATIONAL TRIAL LAWYERS | HONORED LISTEE · 2024 |

*This email and any attachments are confidential and may be privileged. If you are not the intended recipient, please delete and notify the sender.*

On Fri, Nov 6, 2026 at 9:52 AM <Magid.Chip@dorsey.com> wrote:

> Good morning, Chris.

I spoke with Spencer. Spencer is available for deposition next Wednesday at 3:00 ET. Please confirm that this works for you so that I may send out the notice and arrange for a reporter. It will be virtual and will not take long.

Best regards,

Chip

**Creighton R. Magid**

**Partner-in-Charge, Washington**

DORSEY
DORSEY • WHITNEY LLP

DORSEY & WHITNEY LLP
1401 New York Avenue NW, Suite 900 | Washington, DC 20005

**P:** 202.442.3555 **F:** 202.442.3199 **C:** 202.306.5725

WWW.DORSEY.COM :: WASHINGTON, DC :: BIO :: V-CARD

**CONFIDENTIAL COMMUNICATION**
*E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.*

---

**Magid.Chip@dorsey.com** <Magid.Chip@dorsey.com> Fri, Nov 6, 2026 at 1:05 PM
To: chris@chrisgoldlaw.com
Cc: spencer@spencersheehan.com, hernandezvsazeraccompanyincz16066042@chrisgoldlaw.filevineapp.com, joconnor@jonesfoster.com, Canning.Katherine@dorsey.com

Chris,

You miss the point. Because the contemplated action was in Florida, Mr. Sheehan couldn't qualify as a lawyer with respect to this particular action, so there could not have been an attorney-client relationship. Further, the communication was a solicitation, not a client seeking legal advice.

The deposition will go forward.

Chip

**From:** Christopher Gold, Esq. <chris@chrisgoldlaw.com>
**Sent:** Friday, November 6, 2026 12:58 PM
**To:** Magid, Chip <Magid.Chip@dorsey.com>
**Cc:** spencer@spencersheehan.com; hernandezvsazeraccompanyincz16066042@chrisgoldlaw.filevineapp.com; joconnor@jonesfoster.com; Canning, Katherine <Canning.Katherine@dorsey.com>
**Subject:** Re: Hernandez v. Sazerac

# EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Chip,

Nothing in § 90.502 limits the privilege to Florida-licensed lawyers. It says the opposite. A “lawyer” is anyone “authorized . . . to practice law in any state or nation.” Fla. Stat. § 90.502(1)(a). Mr. Sheehan qualifies. And if your reading were right, it would reach your own communications with your client too, since you’re not licensed in Florida either.

Whether Mr. Sheehan represents the plaintiff in this action doesn’t matter either. A “client” includes anyone who “consults a lawyer with the purpose of obtaining legal services.” § 90.502(1)(b). A person talking to a lawyer about serving as a class representative is doing exactly that.

The communication was confidential, and the declaration did not disclose its contents. Even if it had, the privilege belongs to the client. § 90.502(3)(a). Only the holder can waive it. § 90.507. Mr. Sheehan can’t waive it for him.

I don’t think more back-and-forth on this will help. Please let me know whether you intend to go forward with this line of questioning, and if so I’ll file my motion.

Thanks,



GOLD LAW

**Christopher Gold**, Esq.

ATTORNEY · GOLD LAW, P.A.

TEL 305.900.GOLD (4653)

EMAIL chris@chrisgoldlaw.com

WEB www.chrisgoldlaw.com

OFFICE 350 Lincoln Rd, 2nd Floor
Miami Beach, FL 33139

★★★★★ **80+ Five-Star Google Reviews**

RECOGNIZED BY

**Super Lawyers®**
RISING STARS · 2021

**Top 40 Under 40**
NATIONAL TRIAL LAWYERS

**Marquis Who's Who**
HONORED LISTEE · 2024

*This email and any attachments are confidential and may be privileged. If you are not the intended recipient, please delete and notify the sender.*

On Fri, Nov 6, 2026 at 12:45 PM <Magid.Chip@dorsey.com> wrote:

Chris,

The call wasn't privileged. First, for the call to be privileged, it would have to have been between a Florida-licensed lawyer and a client. *See* Fla. Stat. § 90.502(1)(a). Mr. Hernandez knew, from prior experience, that Mr. Sheehan was not licensed to practice law in Florida. Moreover, in his declaration, Mr. Sheehan makes clear that he did not have a lawyer-client relationship with respect to the call at issue. *See* Decl. ¶ 8 ("I am not representing Plaintiff in this Action."). Next, Mr. Hernandez was not a "client." Fla. Stat. § 90.502(1)(b) defines a "client" as one "who consults a lawyer with the purpose of obtaining legal services or who is rendered legal services by a lawyer." Mr. Sheehan in his declaration makes clear that Mr. Hernandez did not call him to seek legal advice, but rather than Mr. Sheehan called Mr. Hernandez to inquire about Mr. Hernandez's interest in serving as a plaintiff in a case in Florida (where Mr. Sheehan was not licensed), not to provide legal advice. Third, for the privilege to apply, the communication must have been confidential. The fact of the communication is disclosed in Mr. Sheehan's declaration, so it is hardly confidential.

Far from being a "quintessential privileged communication," the call was a non-privileged solicitation. I'm not saying that the solicitation was improper, only that it is not privileged.

Chip

---

**From:** Christopher Gold, Esq. <chris@chrisgoldlaw.com>
**Sent:** Friday, November 6, 2026 12:13 PM

**To:** Magid, Chip <Magid.Chip@dorsey.com>
**Cc:** spencer@spencersheehan.com; hernandezvsazeraccompanyincz16066042@chrisgoldlaw.filevineapp.com
**Subject:** Re: Hernandez v. Sazerac

# EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Your position that a call between a lawyer and potential client seeking consultation regarding a potential legal claim "is not privileged in any way" is concerning.

That is a quintessential privileged communication, and you are not entitled to ask about the contents of that communication.

I will reiterate my request to advise me by the end of the day whether I will have to file a motion for protective order.

Thanks,



GOLD LAW

**Christopher Gold**, Esq.

ATTORNEY · GOLD LAW, P.A.

TEL 305.900.GOLD (4653)

EMAIL chris@chrisgoldlaw.com

WEB www.chrisgoldlaw.com

OFFICE 350 Lincoln Rd, 2nd Floor
Miami Beach, FL 33139

★★★★★ **80+ Five-Star Google Reviews**

**RECOGNIZED BY**

**Super Lawyers®** RISING STARS · 2021

**Top 40 Under 40** NATIONAL TRIAL LAWYERS

**Marquis Who's Who** HONORED LISTEE · 2024

*This email and any attachments are confidential and may be privileged. If you are not the intended recipient, please delete and notify the sender.*

On Fri, Nov 6, 2026 at 11:32 AM <Magid.Chip@dorsey.com> wrote:

Chris,

Mr. Hernandez testified that he responded to a social media post. In response to our subpoena, Spencer provided a declaration stating that this was not the case; Spencer called Mr. Hernandez. I am entitled to ask about this. It is not privileged in any way. I do not have any intention of inquiring into privileged matters. I will schedule the deposition for next Wednesday.

Please also confirm the time of Dr. Reibstein's deposition.

Best regards,

Chip

**Creighton R. Magid**

**Partner-in-Charge, Washington**

DORSEY
DORSEY • WHITNEY LLP

DORSEY & WHITNEY LLP
1401 New York Avenue NW, Suite 900 | Washington, DC 20005

**P:** 202.442.3555 **F:** 202.442.3199 **C:** 202.306.5725

WWW.DORSEY.COM :: WASHINGTON, DC :: BIO :: V-CARD

**CONFIDENTIAL COMMUNICATION**

*E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.*

---

**From:** Christopher Gold, Esq. <chris@chrisgoldlaw.com>
**Sent:** Friday, November 6, 2026 10:36 AM
**To:** Magid, Chip <Magid.Chip@dorsey.com>
**Cc:** spencer@spencersheehan.com; hernandezvsazeraccompanyincz16066042@chrisgoldlaw.filevineapp.com
**Subject:** Re: Hernandez v. Sazerac

# EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Chip,

As I said, I can't see any line of questioning for Mr. Sheehan that bears on this case other than his communications with Mr. Hernandez. Those communications are privileged, and Mr. Hernandez does not waive the privilege.

Please confirm in writing by the end of the day today that you will not ask Mr. Sheehan about any communications between him and Mr. Hernandez, and tell me which non-privileged topics you plan to cover. If you won't, we will move for a protective order under Rule 26(c) before the deposition and ask for our fees. If the deposition goes forward and privileged questions are asked, we will assert the privilege, the witness will not answer, and we will raise it with the Court.

Best,



GOLD LAW


**Christopher Gold**, Esq.

ATTORNEY · GOLD LAW, P.A.

TEL 305.900.GOLD (4653)

EMAIL chris@chrisgoldlaw.com

WEB www.chrisgoldlaw.com

OFFICE 350 Lincoln Rd, 2nd Floor Miami Beach, FL 33139


★★★★★ **80+ Five-Star Google Reviews**

| RECOGNIZED BY | **Super Lawyers®** | **Top 40 Under 40** | **Marquis Who's Who** |
|---|---|---|---|
| | RISING STARS · 2021 | NATIONAL TRIAL LAWYERS | HONORED LISTEE · 2024 |

*This email and any attachments are confidential and may be privileged. If you are not the intended recipient, please delete and notify the sender.*

On Fri, Nov 6, 2026 at 9:52 AM <Magid.Chip@dorsey.com> wrote:

> Good morning, Chris.

I spoke with Spencer. Spencer is available for deposition next Wednesday at 3:00 ET. Please confirm that this works for you so that I may send out the notice and arrange for a reporter. It will be virtual and will not take long.

Best regards,

Chip

**Creighton R. Magid**

**Partner-in-Charge, Washington**

DORSEY
DORSEY • WHITNEY LLP

DORSEY & WHITNEY LLP
1401 New York Avenue NW, Suite 900 | Washington, DC 20005

**P:** 202.442.3555 **F:** 202.442.3199 **C:** 202.306.5725

WWW.DORSEY.COM :: WASHINGTON, DC :: BIO :: V-CARD

**CONFIDENTIAL COMMUNICATION**
*E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.*

---

**Christopher Gold, Esq.** <chris@chrisgoldlaw.com> Fri, Nov 6, 2026 at 1:10 PM
To: Magid.Chip@dorsey.com
Cc: spencer@spencersheehan.com, hernandezvsazeraccompanyincz16066042@chrisgoldlaw.filevineapp.com, joconnor@jonesfoster.com, Canning.Katherine@dorsey.com

ok can i represent to the court that our meet and confer obligations related to my motion for protective order are satisfied?



GOLD LAW

**Christopher Gold**, Esq.

ATTORNEY · GOLD LAW, P.A.

TEL 305.900.GOLD (4653)

EMAIL chris@chrisgoldlaw.com

WEB www.chrisgoldlaw.com

OFFICE 350 Lincoln Rd, 2nd Floor
Miami Beach, FL 33139

★★★★★ **80+ Five-Star Google Reviews**

| RECOGNIZED BY | **Super Lawyers®** RISING STARS · 2021 | **Top 40 Under 40** NATIONAL TRIAL LAWYERS | **Marquis Who's Who** HONORED LISTEE · 2024 |
|---|---|---|---|

*This email and any attachments are confidential and may be privileged. If you are not the intended recipient, please delete and notify the sender.*

On Fri, Nov 6, 2026 at 1:05 PM <Magid.Chip@dorsey.com> wrote:

> Chris,
>
> You miss the point. Because the contemplated action was in Florida, Mr. Sheehan couldn't qualify as a lawyer with respect to this particular action, so there could not have been an attorney-client relationship. Further, the communication was a solicitation, not a client seeking legal advice.
>
> The deposition will go forward.
>
> Chip
>
> ---
>
> **From:** Christopher Gold, Esq. <chris@chrisgoldlaw.com>
> **Sent:** Friday, November 6, 2026 12:58 PM
> **To:** Magid, Chip <Magid.Chip@dorsey.com>
> **Cc:** spencer@spencersheehan.com; hernandezvsazeraccompanyincz16066042@chrisgoldlaw.filevineapp.com; joconnor@jonesfoster.com; Canning, Katherine <Canning.Katherine@dorsey.com>
> **Subject:** Re: Hernandez v. Sazerac
>
> **EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.**
>
> Chip,
>
> Nothing in § 90.502 limits the privilege to Florida-licensed lawyers. It says the opposite. A "lawyer" is anyone "authorized . . . to practice law in any state or nation." Fla. Stat. § 90.502(1)(a). Mr. Sheehan qualifies. And if your reading were

right, it would reach your own communications with your client too, since you're not licensed in Florida either.

Whether Mr. Sheehan represents the plaintiff in this action doesn't matter either. A "client" includes anyone who "consults a lawyer with the purpose of obtaining legal services." § 90.502(1)(b). A person talking to a lawyer about serving as a class representative is doing exactly that.

The communication was confidential, and the declaration did not disclose its contents. Even if it had, the privilege belongs to the client. § 90.502(3)(a). Only the holder can waive it. § 90.507. Mr. Sheehan can't waive it for him.

I don't think more back-and-forth on this will help. Please let me know whether you intend to go forward with this line of questioning, and if so I'll file my motion.

Thanks,



GOLD LAW

**Christopher Gold**, Esq.

ATTORNEY · GOLD LAW, P.A.

TEL 305.900.GOLD (4653)

EMAIL chris@chrisgoldlaw.com

WEB www.chrisgoldlaw.com

OFFICE 350 Lincoln Rd, 2nd Floor
Miami Beach, FL 33139

★★★★★ **80+ Five-Star Google Reviews**

RECOGNIZED BY

| | | |
|---|---|---|
| **Super Lawyers®** | **Top 40 Under 40** | **Marquis Who's Who** |
| RISING STARS · 2021 | NATIONAL TRIAL LAWYERS | HONORED LISTEE · 2024 |

*This email and any attachments are confidential and may be privileged. If you are not the intended recipient, please delete and notify the sender.*

On Fri, Nov 6, 2026 at 12:45 PM <Magid.Chip@dorsey.com> wrote:

Chris,

The call wasn't privileged. First, for the call to be privileged, it would have to have been between a Florida-licensed lawyer and a client. *See* Fla. Stat. § 90.502(1)(a). Mr. Hernandez knew, from prior experience, that Mr. Sheehan was not licensed to practice law in Florida. Moreover, in his declaration, Mr. Sheehan makes clear that he did not have a lawyer-client relationship with respect to the call at issue. *See* Decl. ¶ 8 ("I am not representing Plaintiff in this Action."). Next, Mr. Hernandez was not a "client." Fla. Stat. § 90.502(1)(b) defines a "client" as one "who consults a lawyer with the purpose of obtaining legal services or who is rendered legal services by a lawyer." Mr. Sheehan in his declaration makes clear that Mr. Hernandez did not call him to seek legal advice, but rather than Mr. Sheehan called Mr. Hernandez to inquire about Mr. Hernandez's interest in serving as a plaintiff in a case in Florida (where Mr. Sheehan was not licensed), not to provide legal advice. Third, for the privilege to apply, the communication must have been confidential. The fact of the communication is disclosed in Mr. Sheehan's declaration, so it is hardly confidential.

Far from being a "quintessential privileged communication," the call was a non-privileged solicitation. I'm not saying that the solicitation was improper, only that it is not privileged.

Chip

---

**From:** Christopher Gold, Esq. <chris@chrisgoldlaw.com>
**Sent:** Friday, November 6, 2026 12:13 PM
**To:** Magid, Chip <Magid.Chip@dorsey.com>
**Cc:** spencer@spencersheehan.com; hernandezvsazeraccompanyincz16066042@chrisgoldlaw.filevineapp.com
**Subject:** Re: Hernandez v. Sazerac

# EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Your position that a call between a lawyer and potential client seeking consultation regarding a potential legal claim "is not privileged in any way" is concerning.

That is a quintessential privileged communication, and you are not entitled to ask about the contents of that communication.

I will reiterate my request to advise me by the end of the day whether I will have to file a motion for protective order.

Thanks,



GOLD LAW

# Christopher Gold, Esq.

ATTORNEY · GOLD LAW, P.A.

TEL 305.900.GOLD (4653)

EMAIL chris@chrisgoldlaw.com

WEB www.chrisgoldlaw.com

OFFICE 350 Lincoln Rd, 2nd Floor
Miami Beach, FL 33139

★★★★★ **80+ Five-Star Google Reviews**

RECOGNIZED BY

**Super Lawyers®**
RISING STARS · 2021

**Top 40 Under 40**
NATIONAL TRIAL LAWYERS

**Marquis Who's Who**
HONORED LISTEE · 2024

*This email and any attachments are confidential and may be privileged. If you are not the intended recipient, please delete and notify the sender.*

On Fri, Nov 6, 2026 at 11:32 AM <Magid.Chip@dorsey.com> wrote:

Chris,

Mr. Hernandez testified that he responded to a social media post. In response to our subpoena, Spencer provided a declaration stating that this was not the case; Spencer called Mr. Hernandez. I am entitled to ask about this. It is not privileged in any way. I do not have any intention of inquiring into privileged matters. I will schedule the deposition for next Wednesday.

Please also confirm the time of Dr. Reibstein's deposition.

Best regards,

Chip

**Creighton R. Magid**

**Partner-in-Charge, Washington**

DORSEY
DORSEY • WHITNEY LLP

DORSEY & WHITNEY LLP
1401 New York Avenue NW, Suite 900 | Washington, DC 20005

**P:** 202.442.3555 **F:** 202.442.3199 **C:** 202.306.5725

WWW.DORSEY.COM :: WASHINGTON, DC :: BIO :: V-CARD

**CONFIDENTIAL COMMUNICATION**
*E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.*

---

**From:** Christopher Gold, Esq. <chris@chrisgoldlaw.com>
**Sent:** Friday, November 6, 2026 10:36 AM
**To:** Magid, Chip <Magid.Chip@dorsey.com>
**Cc:** spencer@spencersheehan.com; hernandezvsazeraccompanyincz16066042@chrisgoldlaw.

filevineapp.com
**Subject:** Re: Hernandez v. Sazerac

# EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Chip,

As I said, I can't see any line of questioning for Mr. Sheehan that bears on this case other than his communications with Mr. Hernandez. Those communications are privileged, and Mr. Hernandez does not waive the privilege.

Please confirm in writing by the end of the day today that you will not ask Mr. Sheehan about any communications between him and Mr. Hernandez, and tell me which non-privileged topics you plan to cover. If you won't, we will move for a protective order under Rule 26(c) before the deposition and ask for our fees. If the deposition goes forward and privileged questions are asked, we will assert the privilege, the witness will not answer, and we will raise it with the Court.

Best,



GOLD LAW

**Christopher Gold**, Esq.

ATTORNEY · GOLD LAW, P.A.

TEL 305.900.GOLD (4653)

EMAIL chris@chrisgoldlaw.com

WEB www.chrisgoldlaw.com

OFFICE 350 Lincoln Rd, 2nd Floor Miami Beach, FL 33139

★★★★★ **80+ Five-Star Google Reviews**

| RECOGNIZED BY | Super Lawyers® | Top 40 Under 40 | Marquis Who's Who |
|---|---|---|---|
| | RISING STARS · 2021 | NATIONAL TRIAL LAWYERS | HONORED LISTEE · 2024 |

*This email and any attachments are confidential and may be privileged. If you are not the intended recipient, please delete and notify the sender.*

On Fri, Nov 6, 2026 at 9:52 AM <Magid.Chip@dorsey.com> wrote:

Good morning, Chris.

I spoke with Spencer. Spencer is available for deposition next Wednesday at 3:00 ET. Please confirm that this works for you so that I may send out the notice and arrange for a reporter. It will be virtual and will not take long.

Best regards,

Chip

**Creighton R. Magid**

**Partner-in-Charge, Washington**

DORSEY
DORSEY • WHITNEY LLP

DORSEY & WHITNEY LLP
1401 New York Avenue NW, Suite 900 | Washington, DC 20005

**P:** 202.442.3555 **F:** 202.442.3199 **C:** 202.306.5725

WWW.DORSEY.COM :: WASHINGTON, DC :: BIO :: V-CARD

**CONFIDENTIAL COMMUNICATION**
*E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.*