# EXHIBIT B

United States District Court
Southern District of Florida

| | |
|---|---|
| Rafael Hernandez, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>- against -<br><br>Sazerac Company Inc.,<br>Defendant. | 1:25-cv-24568<br><br>Declaration |

Pursuant to 28 U.S.C. § 1746 I declare:

1. With another attorney, I represented Rafael Hernandez ("Plaintiff") in *Hernandez v. HP Inc.*, No. 1:22-cv-23482, Southern District of Florida.

2. This matter concluded in 2023.

3. On August 24, 2025, I called Plaintiff on the phone.

4. Then, I sent text messages to Plaintiff and Plaintiff's Attorney to enable their direct communication about the Product in this Action.

5. These messages are attached to the Response to the Request for Production.

6. Plaintiff gave me permission to disclose the communications identified in the Response to the Request for Production.

7. I had not communicated again with Plaintiff until I notified him of the subpoena I received from Defendant.

8. I am not representing Plaintiff in this Action.

9. I have no fee sharing or referral agreement with Plaintiff's Attorney.

I declare under penalty of perjury that the foregoing is true and correct.

October 10, 2026
Date/Executed On

Location (where applicable)

/s/ Spencer Sheehan
Spencer Sheehan