# EXHIBIT C

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

________________________________

RAFAEL HERNANDEZ, Individually
and on Behalf of All Others
Similarly Situated,

Plaintiff,

v. Civil No.

SAZERAC COMPANY, INC., 1:25-cv-24568

Defendant.

________________________________

DEPOSITION OF RAFAEL HERNANDEZ

DATE: Saturday, September 26, 2026

TIME: 10:21 a.m.

LOCATION: Remote Proceeding
Miami, FL 33170

REPORTED BY: Helen Tadesse

JOB NO.: 8468849

BY MR. MAGID:
Q Okay. All right. And you knew that at least as of the time that the complaint was filed in this case because that's what it says; right?
MR. GOLD: Objection to form.
THE WITNESS: No. No. I -- I have never been on top of the news. I don't know if it had been in the news for some time, but I only knew about the -- about this product, the change, through social media.
And the social media ad basically said that some company were selling a product, simulating another product, and please fill out a form. And that's what I did about a year ago or 15 months ago, and that's it. Starting at that point, I didn't read the label. I just read what the social media said, and I stopped buying the -- the product, so that's it.
BY MR. MAGID:
Q All right. So I'm curious about the social media. So this was something where you could click and then fill out a form?
A Correct.

Q All right. Exhibit 7 is now on your screen. Is this the social media post that you responded to?

(Exhibit 7 was marked for identification.)

A I don't remember if -- if it was that specific.

Q Was this the general language that you saw on social media that informed you, according to this, that Fireball Cinnamon Whiskey does not contain real whiskey?

MR. GOLD: Objection to form.

THE WITNESS: I don't remember exactly the ad and the language exactly, but basically, the general idea, it was that there was two different product and -- and they were simulating one to the other or something related to that. But that's -- it was like one and a half years ago, and I read it once, and I went through it. And I recognized the product, and I filled the form.

BY MR. MAGID:

Q All right. So this may or may not be the ad, but it was something similar to this?

MR. GOLD: Objection to form.
THE WITNESS: I cannot say yes or no. I don't remember if it is the same. It maybe -- maybe it was similar to that, maybe not. Like, I don't remember.
BY MR. MAGID:
Q All right. On which social media platform did you see the post?
A Facebook.
Q On Facebook. Okay. And then, like this exemplar, which is Exhibit 7, there was a button that you could click to follow up; right?
A Correct.
Q Okay. Was the post from a law firm?
A I think so.
Q Okay. Was it from Sheehan & Associates?
A I'm not sure. I'm not good at names, but it could be. I don't -- I don't remember exactly the name. Maybe it was not Sheehan. Maybe it was Chehan [ph] or -- or something different. I don't know. I don't remember exactly the name.
Q How were you introduced to Mr. Gold?

A I received a call, I think, because I put in the letter -- in the letter, you know, in the form, I put my contact information. And then I received a form -- a call, and they identified to me. And they said that they are going to refer it to Chris Gold. And after that, I received a call from Chris Gold. We -- we talk about it. That's it.

Q All right. So the first law firm said that they were going to refer you to Mr. Gold?

A Correct.

Q And then --

A Or -- or at least, that's what I -- that's what I understood.

Q Okay. And then, after that law firm told you that they would be referring your matter to Mr. Gold, then you got a call from Mr. Gold?

A I believe it was the case. Yes. Like, maybe three days, one week later. I don't remember how much time later, but yes.

Q Okay. Up until you saw this Facebook post, were you still purchasing Fireball products?

A Until that point, I believe. That's it.

CERTIFICATE OF DEPOSITION OFFICER

I, HELEN TADESSE, the officer before whom the foregoing proceedings were taken, do hereby certify that any witness(es) in the foregoing proceedings, prior to testifying, were duly sworn; that the proceedings were recorded by me and thereafter reduced to typewriting by a qualified transcriptionist; that said digital audio recording of said proceedings are a true and accurate record to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

HELEN TADESSE
Notary Public in and for the
Commonwealth of Virginia

CERTIFICATE OF TRANSCRIBER

I, SARAH CLAWSON, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

SARAH CLAWSON