**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

RAFAEL HERNANDEZ, individually and on behalf of all others similarly situated,

Case No. 1:25-cv-24568-PCH/LFL

Plaintiff,

v.

SAZERAC COMPANY, INC.,

Defendant.
_______________________________________/

**[PROPOSED] ORDER GRANTING PLAINTIFF'S EXPEDITED MOTION FOR PROTECTIVE ORDER LIMITING THE DEPOSITION OF NON-PARTY SPENCER SHEEHAN**

**THIS CAUSE** came before the Court on Plaintiff's Expedited Motion for Protective Order Limiting the Deposition of Non-Party Spencer Sheehan (the "Motion"). The Court has considered the Motion, the record, and the applicable law, and finds good cause under Federal Rule of Civil Procedure 26(c)(1). Accordingly, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED** as follows:

1. At any deposition of Spencer Sheehan or Sheehan & Associates, P.C., Defendant shall not inquire into the contents of any communication between Mr. Sheehan, or anyone acting on behalf of Sheehan & Associates, P.C., and Plaintiff concerning Plaintiff's potential claims, the product at issue, this action, Plaintiff's possible service as a class representative, legal advice, or the reasons for or substance of any referral of Plaintiff to counsel.

2. Defendant may inquire into: (a) whether, when, and by what means Mr. Sheehan and Plaintiff communicated, and who initiated each communication; (b) whether Plaintiff submitted a form or other response to any advertisement by Sheehan & Associates, P.C., and, if so, the identity and date of that advertisement and the date of the response; and (c) the existence of any fee-sharing, referral, or other agreement between Mr. Sheehan or his firm and Plaintiff or Plaintiff's counsel.

3. The deposition shall be taken by remote means and shall not exceed one hour on the record.

4. Nothing in this Order waives, or determines the scope of, any privilege or protection beyond what is stated here.

**DONE AND ORDERED** in Chambers in Miami, Florida, this _____ day of ___________________, ____.

________________________________
LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of record