**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

RAFAEL HERNANDEZ, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SAZERAC COMPANY, INC.,

Defendant.
_______________________________/

Case No. 1:25-cv-24568-PCH/LFL

**CLASS ACTION**

# NOTICE OF ZOOM HEARING

Please take notice that a hearing regarding the Parties' supplemental briefing on Plaintiff's Corrected Renewed Motion for Class Certification is scheduled for **Thursday, December 3, 2026, at 11:30 AM**, before the Honorable Paul C. Huck in the Miami Division. The hearing will be conducted via Zoom video conference and the parties will receive an email from chambers with the Zoom login information prior to the hearing.

**DONE AND ORDERED** in Miami, Florida, on November 13, 2026.

PAUL HUCK
UNITED STATES DISTRICT JUDGE

cc: All counsel of record