**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 1:25-cv-24568-HUCK/LOUIS**

RAFAEL HERNANDEZ, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

SAZERAC COMPANY, INC.,

Defendant.

CLASS ACTION

**DEFENDANT'S UNOPPOSED MOTION TO SEAL EXHIBIT "A" TO DOCKET ENTRY #73**

Defendant, Sazerac Company, Inc. submits this motion to seal certain information filed with the Court as an Exhibit to Defendant's Supplemental Brief in Opposition to Plaintiff's Corrected Renewed Motion for Class Certification ("Supplemental Brief") [DE 73] and states:

1. The information Defendant seeks to seal is contained in the Expert Report of David Reibstein which was attached as Exhibit A to the Supplemental Brief at DE 73-1.

2. The Expert Report of David Reibstein contains two sentences with proprietary information which should have been redacted pursuant to the Stipulated Protective Order [ECF No. 34].

3. Defendant is prepared to refile the Expert Report with the sentences at issue redacted in the public record and asks the Court to authorize that re-filing.

WHEREFORE, Defendant respectfully requests that the Court order the sealing of the Expert Report of David Reibstein attached as Exhibit A to the Supplemental Brief at DE 73-1.

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

In accordance with S.D. Fla. L.R. 7.1(a)(2), the undersigned attorney certifies that she has

conferred with counsel for Plaintiff, Christopher Gold, and he has no objection to the relief requested in the Motion.

JONES FOSTER P.A.

*/s/ Joanne M. O'Connor*
Joanne M. O'Connor
Florida Bar No: 498807
505 South Flagler Drive, Suite 1100
West Palm Beach, FL 33401
(561) 659-3000
joconnor@jonesfoster.com

Creighton R. Magid (*admitted PHV*)
Katherine E. Canning (*pro hac vice forthcoming*)
DORSEY & WHITNEY LLP
1401 New York Avenue, N.W. Suite 900
Washington, D.C. 20005
(202) 442-3555
magid.chip@dorsey.com
canning.katherine@dorsey.com

*Attorneys for Defendant Sazerac Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: /s/Joanne M. O'Connor
Joanne M. O'Connor

**HERNANDEZ v SAZERAC**
**Case No. 1:25-cv-24568-HUCK/LOUIS**
**SERVICE LIST**

Christopher Gold, Esq.
GOLD LAW, PA
350 Lincoln Rd., 2nd Floor
Miami Beach, FL 33139
305-900-4653
chris@chrisgoldlaw.com
*Counsel for Plaintiff and the Proposed Class*

Garrett Berg, Esq.
GARRETT BERG LAW, P.A.
555 NE 15th St., PH A
Miami, FL 33132
garrett@gberglegal.com
*Counsel for Plaintiff and the Proposed Class*

Joanne M. O'Connor
JONES FOSTER P.A.
505 South Flagler Drive, Suite 1100
West Palm Beach, FL 33401
561-659-3000
joconnor@jonesfoster.com
*Attorneys for Defendant Sazerac Company, Inc.*

Creighton R. Magid (*admitted PHV*)
Katherine E. Canning (*pro hac vice forthcoming*)
DORSEY & WHITNEY LLP
1401 New York Avenue, N.W. Suite 900
Washington, D.C. 20005
202-442-3555
magid.chip@dorsey.com
canning.katherine@dorsey.com
*Attorneys for Defendant Sazerac Company, Inc.*