**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 1:25-cv-24568-HUCK/LOUIS**

RAFAEL HERNANDEZ, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

SAZERAC COMPANY, INC.,

Defendant.

CLASS ACTION

**DEFENDANT'S UNOPPOSED MOTION TO RESET DECEMBER 3, 2026 HEARING**

Defendant, Sazerac Company, Inc., submits this Motion to Reset the hearing scheduled for December 3, 2026 at 11:30 a.m. regarding the Parties' supplemental briefing on Plaintiff's Corrected Renewed Motion for Class Certification, and states:

1. On October 19, 2026, the Court held a hearing on Plaintiff's Corrected Renewed Motion for Class Certification (the "Renewed Class Certification Motion").

2. At the conclusion of the October 19th hearing, the Court directed the parties to submit supplemental briefing on the Renewed Class Certification Motion, authorizing the following briefing schedule:

- Defendant's Supplemental Brief to be filed in 3 weeks (November 9)
- Plaintiff's Response filed 2 weeks thereafter (November 23)
- Defendant's Reply filed 10 days after the Response (December 3)

3. The parties have adhered to the foregoing briefing schedule. Defendant timely filed its Supplemental Brief in Opposition to Plaintiff's Corrected Renewed Motion for Class Certification on November 9. ECF No. 73.

4. On November 13, 2026, this Court scheduled a hearing on the Parties' supplemental briefing for Thursday, December 3, 2026 at 11:30 a.m. Defendant's reply is due the same day.

5. Defendant respectfully requests that the Court reset the hearing regarding the Parties' supplemental briefing on the Renewed Class Certification Motion to a date after December 3, 2026 to accord with the briefing schedule and provide the Court and the Parties the benefit of the full briefing.

WHEREFORE, Defendant requests that the Court cancel the hearing set for December 3, 2026 and reset the hearing to a date after the briefing concludes on that date.

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

In accordance with S.D. Fla. L.R. 7.1(a)(2), the undersigned attorney certifies that she has conferred with counsel for Plaintiff, Christopher Gold, and he has no objection to the relief requested in the Motion.

JONES FOSTER P.A.

*/s/ Joanne M. O'Connor*
Joanne M. O'Connor
Florida Bar No: 498807
505 South Flagler Drive, Suite 1100
West Palm Beach, FL 33401
(561) 659-3000
joconnor@jonesfoster.com

Creighton R. Magid (*admitted PHV*)
Katherine E. Canning (*pro hac vice forthcoming*)
DORSEY & WHITNEY LLP
1401 New York Avenue, N.W. Suite 900
Washington, D.C. 20005
(202) 442-3555
magid.chip@dorsey.com
canning.katherine@dorsey.com

*Attorneys for Defendant Sazerac Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: /s/Joanne M. O'Connor
Joanne M. O'Connor

**HERNANDEZ v SAZERAC**
**Case No. 1:25-cv-24568-HUCK/LOUIS**
**SERVICE LIST**

Christopher Gold, Esq.
GOLD LAW, PA
350 Lincoln Rd., 2nd Floor
Miami Beach, FL 33139
305-900-4653
chris@chrisgoldlaw.com
*Counsel for Plaintiff and the Proposed Class*

Garrett Berg, Esq.
GARRETT BERG LAW, P.A.
555 NE 15th St., PH A
Miami, FL 33132
garrett@gberglegal.com
*Counsel for Plaintiff and the Proposed Class*

Joanne M. O'Connor
JONES FOSTER P.A.
505 South Flagler Drive, Suite 1100
West Palm Beach, FL 33401
561-659-3000
joconnor@jonesfoster.com
*Attorneys for Defendant Sazerac Company, Inc.*

Creighton R. Magid (*admitted PHV*)
Katherine E. Canning (*pro hac vice forthcoming*)
DORSEY & WHITNEY LLP
1401 New York Avenue, N.W. Suite 900
Washington, D.C. 20005
202-442-3555
magid.chip@dorsey.com
canning.katherine@dorsey.com
*Attorneys for Defendant Sazerac Company, Inc.*