# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

RAFAEL HERNANDEZ, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SAZERAC COMPANY, INC.,

Defendant.
_______________________________________/

Case No. 1:25-cv-24568-PCH/LFL

**CLASS ACTION**

**DECLARATION OF VICTORIA PAEZ NEIL**
**IN SUPPORT OF PLAINTIFF'S EXPEDITED MOTION FOR EXTENSION OF TIME**

I, Victoria Paez Neil, declare as follows:

1. I am over eighteen years of age and am a court reporter with Prestige Reporting Service. The facts stated here are within my personal knowledge and, if called as a witness, I could and would testify competently to them.

2. I reported the remote deposition of Dr. David J. Reibstein, taken by Plaintiff in this action on November 13, 2026.

3. During the deposition, Plaintiff's counsel, Christopher Gold, ordered the certified transcript of that deposition and requested delivery by November 19, 2026.

4. I misunderstood the order to be for regular delivery. Under regular delivery, and because of the Thanksgiving holiday, the certified transcript would have been delivered on November 30, 2026.

5. On November 22, 2026, after Mr. Gold followed up on the transcript, our office informed him of the misunderstanding about the delivery date.

6. I am in trial all day on Monday, November 23, 2026. The earliest I can complete and deliver the certified transcript is Wednesday, November 25, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 22nd, 2026.

Victoria Paez Neil
Court Reporter
Prestige Reporting Service